**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

TASHANE BENJAMIN,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**<u>ORDER</u>**

      The Court will hold a telephone status conference on Tuesday, July 28, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2884

Dated: June 18, 2020
       New York, NY

*/s/ Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.