**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

TASHANE BENJAMIN,
               Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

The telephone status conference previously scheduled for Tuesday, July 28, 2020 at 11:30 AM is hereby rescheduled to Tuesday, September 1, 2020 at 11:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2884

Dated: July 22, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.