LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING  
233 BROADWAY – SUITE 2208  
NEW YORK, NY 10279

P (917) 408 - 6484  
F (212) 571 - 9149  
CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

August 19, 2021

The Honorable Richard M. Berman  
United States Courthouse  
500 Pearl Street  
New York, NY 10007  
*By ECF*

Re: *United States v. Tashane Benjamin*, 15 Cr. 288 (RMB)

Dear Judge Berman,

I write with consent from the government to request a one-week adjournment of the telephonic status conference recently scheduled for August 30, 2021 at 10:30 am in the above mentioned case. Unfortunately, I have previous commitments which make me unavailable on August 30th.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou  
*Counsel for Tashane Benjamin*

Cc: AUSA Hagan Scotten (by ECF)

---

Hearing adjourned to 9/27/21 at 10:30 a.m.

SO ORDERED:  
Date: 8/19/21   Richard M. Berman  
Richard M. Berman, U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 8/19/21