**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                     15 CR. 288 (RMB)
   -against-

                                                   **ORDER**
TASHANE BENJAMIN,
                Defendants.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Monday, September 27, 2021 at 10:30 AM is hereby rescheduled to 11:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2884

Dated: September 23, 2021
       New York, NY

                                                    *Richard M. Berman*
                                       _____
                                         RICHARD M. BERMAN
                                                U.S.D.J.