UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                15 CR. 288 (RMB)

  -against-

                **ORDER**

TASHANE BENJAMIN,
               Defendants.
-----------------------------------------------------------X

     In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, December 1, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 2884

Dated: November 23, 2021
       New York, NY

                                 _____
                                    RICHARD M. BERMAN
                                        U.S.D.J.