**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

    -against-

TASHANE BENJAMIN,
            Defendants.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, February 1, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2884

Dated: January 26, 2022
       New York, NY

                                            *Richard M. Berman*
                                        RICHARD M. BERMAN
                                                U.S.D.J.