UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

       15 CR. 288 (RMB)

-against-

**ORDER**

TASHANE BENJAMIN,
          Defendants.
------------------------------------------------------------X

The supervised release hearing scheduled for Tuesday, April 12, 2022 at 9:30 AM is hereby rescheduled to 10:00 AM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2884

Dated: April 6, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.