**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        15 CR. 288 (RMB)
   -against-

                                                        **ORDER**

TASHANE BENJAMIN,
                Defendants.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, June 28, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2884

Dated: June 22, 2021
       New York, NY

                                                      _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.