**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      15 CR. 288 (RMB)
  -against-

                                                      **ORDER**

TASHANE BENJAMIN,
                Defendants.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 29, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial-in Number: (646) 453-4442
      Conference ID: 439 842 28#

Dated: September 19, 2022
       New York, NY

                                                      */s/ Richard M. Berman*
                                               RICHARD M. BERMAN
                                                    U.S.D.J.