UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    -against-

TASHANE BENJAMIN,
              Defendants.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Thursday, December 22, 2022 at 9:00 AM is hereby rescheduled to Wednesday, December 21, 2022 at 9:30 AM.

      In the absence of defense objection – the proceeding is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 231 808 416#

Dated: December 13, 2022
       New York, NY

_____
         RICHARD M. BERMAN
              U.S.D.J.