**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                **ORDER**

                                                                     15 **CR.** 288  (RMB)

TASHANE BENJAMIN,
                        Defendant.
------------------------------------------------------------X

        Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of Defendant's supervised release, and to conduct status hearings with the parties.

Dated:  New York, New York
          February 16, 2023

                                                                 _____
                                                                  **RICHARD M. BERMAN, U.S.D.J.**

cc: Holly Pratesi, Esq.