UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TASHANE BENJAMIN,

                Defendant.

CASE NO.: 15 Cr. 288 (RMB)(SLC) - 14

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the supervised release hearing held today Thursday, March 30, 2023, the supervised release condition relating to Mr. Benjamin's attendance of mental health treatment/ counseling is hereby modified from weekly sessions to sessions two times per month. All other terms and conditions remain in effect. See Transcript of proceedings held on March 30, 2023 for a complete record.

Dated:    New York, New York
            March 30, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**