UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                    Government,    :     15 CR. 288 (RMB)
                                   :
        - against -                :     **ORDER**
                                   :
TASHANE BENJAMIN,                  :
                    Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 22, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 312 039 990#

Dated: August 16, 2023
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**